IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanders, Melanie S

Printed: 7/29/08

Case Number: 04 B 03405
Judge: Wedoff, Eugene R
Filed: 1/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 30, 2008
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,872.08 |  |
| Secured: |  | 10,222.93 |
| Unsecured: |  | 1,470.95 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,386.20 |
| Trustee Fee: |  | 786.05 |
| Other Funds: |  | 5.95 |
| Totals: | 14,872.08 | 14,872.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,386.20 | 2,386.20 |
| 2. | Greater Suburban Acceptance Co | Secured | 10,222.93 | 10,222.93 |
| 3. | Greater Suburban Acceptance Co | Unsecured | 612.50 | 612.50 |
| 4. | United States Dept Of Education | Unsecured | 505.33 | 505.33 |
| 5. | Discover Financial Services | Unsecured | 224.29 | 224.29 |
| 6. | ECast Settlement Corp | Unsecured | 128.83 | 128.83 |
| 7. | Southern Illinois University | Unsecured |  | No Claim Filed |
| 8. | Viking Collection | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,080.08 | $ 14,080.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 67.16 |
| 4% | 39.04 |
| 6.5% | 144.64 |
| 3% | 26.09 |
| 5.5% | 151.45 |
| 5% | 43.50 |
| 4.8% | 83.52 |
| 5.4% | 230.65 |
|  | _____ |
|  | $ 786.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sanders, Melanie S | Case Number:  04 B 03405 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/29/08 | Filed:  1/29/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____